1  MARCIA E. GERSTON (SBN 119026)
   McGRANE GREENFIELD LLP
2  40 South Market Street, Seventh Floor
   San Jose, California 95113
3  Telephone: (408) 995-5600

4  BRYAN G. HARRISON
   MORRIS, MANNING & MARTIN LLP
5  1600 Atlanta Financial Center
   3343 Peachtree Road, NE
6  Atlanta, Georgia 30326
   Telephone: (404) 233-7000
7
   Attorneys for Defendant/Counter-Claimant
8  CITECT, INC., formerly doing business as
   CITECHNOLOGIES, INC., a North Carolina Corporation
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 | SYSLUTIONS, INC., a California corporation, | Case No. C 06-00125 JW

15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

16 | vs. |

17 | CITECT, INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina Corporation, and DOES 1 to 100, inclusive, | **ADR CERTIFICATION**

18 |

19 | Defendants. |

20

21         Counsel for the parties in the above captioned case report that they have met and

22 conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R.

23 16-8 and ADR L.R. 3-5:

24         The parties agree to participate in mediation as an ADR process. The parties agree to

25 hold a mediation session within 90 days from the date of the order referring this case to

26 mediation.

27

28 *[signature block on next page]*

| | | |
|---|---|---|
| 1 | Dated: May 2, 2006 | LAW OFFICES OF TOM FIER |
| 2 | | |
| 3 | | By: /S/ |
| | | TOM FIER |
| 4 | | Attorneys for Plaintiff/Counter-Claim Defendant |
| 5 | | SYSLUTIONS, INC., a California corporation |
| 6 | | |
| 7 | | |
| 8 | Dated: May 3, 2006 | McGRANE GREENFIELD LLP |
| 9 | | |
| 10 | | By: /S/ |
| | | MARCIA E. GERSTON |
| 11 | | Attorneys for Defendant/Counter-Claimant CITECT, INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina Corporation |
| 12 | | |
| 13 | | |
| 14 | Dated: May 3, 2006 | MORRIS, MANNING & MARTIN LLP |
| 15 | | |
| 16 | | By: /S/ |
| | | BRYAN G. HARRISON |
| 17 | | Attorneys for Defendant/Counter-Claimant CITECT, INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina Corporation |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | Dated: JUNE 1, 2006 | /S/ JAMES WARE |
| | | UNITED STATES DISTRICT JUDGE |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | *[Certification on next page]* | |
| 28 | | |

# SIGNATURE AND CERTIFICATION
## BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: May 3, 2006          ___/S/_____
                            SYSLUTIONS, INC., Plaintiff/Counter-Claim Defendant
                            By:    PHILLIP DOPPELT
                            Title: President


Dated: May 2, 2006          LAW OFFICES OF TOM FIER


                            By:___/S/_____
                                TOM FIER
                                Attorneys for Plaintiff/Counter-Claim Defendant
                                SYSLUTIONS, INC.


Dated: May 3, 2006          ___/S/_____
                            CITECT, INC., Defendant/Counter-Claimant
                            By:
                            Title:


Dated: May 3, 2006          McGRANE GREENFIELD LLP


                            By:___/S/_____
                                MARCIA E. GERSTON
                                Attorneys for Defendant/Counter-Claimant
                                CITECT, INC.

Dated: May 3, 2006           MORRIS, MANNING & MARTIN LLP

By: /S/
BRYAN G. HARRISON
Attorneys for Defendant/Counter-Claimant
CITECT, INC.

**STIPULATION AND ORDER SELECTING ADR PROCESS – ADR CERTIFICATION**