1  TOM FIER
   LAW OFFICES OF TOM FIER
2  675 Mariners Island Blvd.
   Suite 106
3  San Mateo, CA 94404-1040
   Telephone: (650) 572-1900
4  Facsimile: (650) 572-8109
   State Bar #76386                    New Text
5
   Attorney for Plaintiff
6  SYSLUTIONS, INC.

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11 SYSLUTIONS, INC., a California    )
   corporation,                      )
12                                   )
                      Plaintiff,     )  CASE NO.:  C 06-00125 JW
13                                   )
   v.                                )  STIPULATION TO CONTINUE
14                                   )  CASE MANAGEMENT CONFERENCE
   CITECT, INC., formerly doing      )  AND ORDER
15 business as CITECHNOLOGIES,       )  _____
   INC., a North Carolina            )   *As Modified By the Court*
16 corporation, and DOES 1 to 100,   )
   inclusive,                        )
17                                   )
                      Defendants.    )
18 _____)

19
         All counsel have agreed to continue the Case
20
   Management Conference previously set for June 5, 2006 at
21
   10:00 a.m. before the Honorable James Ware in Courtroom #8,
22
   4th Floor of U.S. Courthouse, 280 South First Street, San Jose,
23
                                25
   California, to September 2̶8̶, 2006 at 10:00 a.m. before the
24
   Honorable James Ware in Courtroom #8, 4th Floor of the U.S.
25
   Courthouse.
26

27

28
         IT IS SO STIPULATED, through counsel of record.
                                  1
      STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

```
DATED: May 24, 2006              _____
                                 TOM FIER
                                 Attorney for Plaintiff
                                 SYSLUTIONS, INC.



                                 McGRANE GREENFIELD LLP


DATED: May 25, 2006         By:  _____
                                 MARCIA E. GERSTON
                                 Attorney for Defendant
                                 CITECT, INC.



                                 MORRIS, MANNING & MARTIN LLP


DATED: May 30, 2006         By:  _____
                                 BRYAN G. HARRISON
                                 Attorney for Defendant
                                 CITECT, INC.
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

```
DATED: June 1, 2006              /s/ James Ware
       _____         _____
                                 JAMES WARE
                                 UNITED STATES JUDGE
```

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER