1   TOM FIER
    LAW OFFICES OF TOM FIER
2   675 Mariners Island Blvd.
    Suite 106
3   San Mateo, CA 94404-1040
    Telephone: (650) 572-1900
4   Facsimile: (650) 572-8109
    State Bar #76386
5
    Attorney for Plaintiff
6   SYSLUTIONS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN JOSE DIVISION
10

11  SYSLUTIONS, INC., a California  )
    corporation,                    )
12                                  )
                      Plaintiff,    )   CASE NO.:  C 06-00125 JW
13                                  )
    v.                              )   STIPULATION TO CONTINUE ADR
14                                  )   AND ORDER
    CITECT, INC., formerly doing    )   _____
15  business as CITECHNOLOGIES,     )
    INC., a North Carolina          )
16  corporation, and DOES 1 to 100, )
    inclusive,                      )
17                                  )
                      Defendants.   )
18  _____)

19
            All counsel have agreed to continue the date for
20
    completion of ADR to October 16, 2006 from August 30, 2006.  A
21
    mediation is currently set for September 21, 2006.
22
            IT IS SO STIPULATED, through counsel of record.
23

24

25

26  DATED:  August 28, 2006            _____
                                       TOM FIER
27                                     Attorney for Plaintiff
                                       SYSLUTIONS, INC.
28

                                   1
                 STIPULATION TO CONTINUE ADR AND ORDER

1

2
                                           McGRANE GREENFIELD LLP

3

4

DATED:   August 28, 2006          By:   _____

5
                                           MARCIA E. GERSTON
                                           Attorney for Defendant

6
                                           CITECT, INC.

7

8
                                           MORRIS, MANNING & MARTIN LLP

9

10

DATED: August 28,2006          By:   _____

11
                                           BRYAN G. HARRISON
                                           Attorney for Defendant

12
                                           CITECT, INC.

13

14

15
          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17

18

19
DATED: _September 05, 2006_____        _____
                                          JAMES WARE

20
                                          UNITED STATES JUDGE

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE ADR AND ORDER