1  MARCIA E. GERSTON (SBN 119026)
   McGRANE GREENFIELD LLP
2  40 South Market Street, Seventh Floor
   San Jose, California 95113
3  Telephone: (408) 995-5600

4  BRYAN G. HARRISON
   MORRIS, MANNING & MARTIN LLP
5  1600 Atlanta Financial Center
   3343 Peachtree Road, NE
6  Atlanta, Georgia 30326
   Telephone: (404) 233-7000
7
   Attorneys for Defendant/Counter-Claimant
8  CITECT, INC., formerly doing business as
   CITECHNOLOGIES, INC., a North Carolina Corporation
9

FILED

JAN 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SYSLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITECT, INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. C 06-00125 JW<br><br>**STIPULATION RE: SCHEDULING ORDER AND [PROPOSED] ORDER THEREON** |

### RECITALS

WHEREAS a Scheduling Order was entered in this case on or about October 25, 2006;

WHEREAS said Scheduling Order contains certain discrepancies with regard to dates and times for events to occur in this case; and

WHEREAS the parties hereto wish to correct those discrepancies and clarify certain dates for events in this case which were ambiguous based on said Scheduling Order,

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter-Defendant SYSLUTIONS, INC., a California corporation, and Defendant/Counter-Claimant CITECT,

INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina Corporation, by and through their respective counsel of record, as follows:

## STIPULATION

1. The Recitals stated above are hereby incorporated into this agreement.

2. The last date for hearing dispositive motions in this case is May 21, 2007, which is 42 days before the Preliminary Pretrial Conference and Trial Setting Conference. This May 21, 2007 date supersedes and replaces the date of June 4, 2007 as listed on page 1 of the Scheduling Order.

3. A Preliminary Pretrial Conference and Trial Setting Conference is scheduled in this matter for July 2, 2007 at 11:00 a.m., notwithstanding the reference to 10:00 a.m. on page 1 of the Scheduling Order.

4. The last date to file a notice of motion to exclude an expert or any portion of an expert's testimony or portion thereof is February 20, 2007. The last date for hearing, on regular notice, any such motion to exclude is April 2, 2007.

IT IS SO STIPULATED, through counsel of record.

Dated: January ____, 2007     LAW OFFICES OF TOM FIER

By:_____
TOM FIER
Attorneys for Plaintiff/Counter-Claim Defendant
SYSLUTIONS, INC., a California corporation

Dated: January 16, 2007     McGRANE GREENFIELD LLP

By:_____
MARCIA E. GERSTON
Attorneys for Defendant/Counter-Claimant
CITECT, INC., formerly doing business as
CITECHNOLOGIES, INC., a North Carolina
Corporation

1 | INC., formerly doing business as CITECHNOLOGIES, INC., a North Carolina
2 | Corporation, by and through their respective counsel of record, as follows:

### STIPULATION

4 | 1. The Recitals stated above are hereby incorporated into this agreement.

5 | 2. The last date for hearing dispositive motions in this case is May 21, 2007, which is 42 days before the Preliminary Pretrial Conference and Trial Setting Conference. This May 21, 2007 date supersedes and replaces the date of June 4, 2007 as listed on page 1 of the Scheduling Order.

9 | 3. A Preliminary Pretrial Conference and Trial Setting Conference is scheduled in this matter for July 2, 2007 at 11:00 a.m., notwithstanding the reference to 10:00 a.m. on page 1 of the Scheduling Order.

12 | 4. The last date to file a notice of motion to exclude an expert or any portion of an expert's testimony or portion thereof is February 20, 2007. The last date for hearing, on regular notice, any such motion to exclude is April 2, 2007.

16 | IT IS SO STIPULATED, through counsel of record.

Dated: January 19, 2007        LAW OFFICES OF TOM FIER

                               By: _____/s/ Tom Fier_____
                                   TOM FIER
                                   Attorneys for Plaintiff/Counter-Claim Defendant
                                   SYSLUTIONS, INC., a California corporation

Dated: January ___, 2007       McGRANE GREENFIELD LLP

                               By: _____
                                   MARCIA E. GERSTON
                                   Attorneys for Defendant/Counter-Claimant
                                   CITECT, INC., formerly doing business as
                                   CITECHNOLOGIES, INC., a North Carolina
                                   Corporation

STIPULATION RE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON

**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2007

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE